**Willie N. FRITH, Movant,**

v.

**C. H. FRITH'S ADM'R (John Allen),
Opposed.**

Court of Appeals of Kentucky.

Dec. 11, 1953.

Fritz Krueger, Somerset, for appellant.

E. R. Denney, Mt. Vernon, for appellee.

PER CURIAM.

A consideration of the record discloses no error prejudicial to Movant's substantial right; the judgment is affirmed.